SECOND DEPARTMENT, NOVEMBER, 1969

(November 12, 1969)*

■ In the Matter of JAMES W. LISTER, Petitioner, v. JUDGES OF THE SUFFOLK COUNTY COURT et al., Respondents.— Proceeding pursuant to article 78 of the CPLR to prohibit respondents from taking any further action in connection with the prosecution of petitioner under Indictment No. 629–69 pending in the County Court of Suffolk County. Proceeding dismissed on the merits, without costs. Brennan, Acting P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

---

* Not printed with other decisions of November, 1969, 33 A D 2d 684. [Rep.